UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LATICIA W. LEWIS** | **CIVIL ACTION NO. 6:20-CV-00364** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DEPARTMENT OF CHILDREN & FAMILY SERVICES** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 15. After an independent review of the record, including the Plaintiff's Objection to the Magistrate Judge's recommendation, Rec. Doc. 16, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Dismiss, Rec. Doc. 10, is **GRANTED**. Pursuant to Fed. R. Civ. P. 12(b)(1), Plaintiff's claims are **DISMISSED WITH PREJUDICE**, as this Court lacks subject matter jurisdiction over them.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 21st day of October, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE